-1-

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO 13-02022-BKT |
| WANDA I ASTACIO FIGUEROA | CHAPTER 13 |

## MOTION SUBMITTING AMENDED PLAN

**TO THE HONORABLE COURT:**

Come now Debtor, represented by the undersigned attorney, and very respectfully avers and prays as follows:

1. On March 15, 2013, the debtor filed a Chapter 13 Plan under the provisions of the Bankruptcy Code.

2. The undersigned herein submits an amended Chapter 13 plan dated May 7, 2013.

**WHEREFORE** applicant prays from this Honorable Court to take notice of the aforementioned information and grant any appropriate relief.

**NOTICE:** Within twenty eight (28) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this May 7, 2013.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.  Furthermore, I certify that notification to all non CM/ECF participants of record are being notified by first class mail.

**EMG Despacho Legal, C.R.L.**
Edificio La Electrónica
Suite 201-A, Calle Bori 1608
San Juan, Puerto Rico 00927
Tel: (787) 753-0055
e-mail: lcdomangual@gmail.com

**By: /s/Edgardo Mangual González**
EDGARDO MANGUAL GONZÁLEZ
USDC No. 223113

**By: /s/José L. Jiménez Quiñones**
JOSE L. JIMENEZ QUINONES
USDC No. 203808
e-mail: lcdojosejimenez@gmail.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                 Case No. **13-02022-BKT**_____

**ASTACIO FIGUEROA, WANDA I**_____   Chapter **13**_____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____   ☑ AMENDED PLAN DATED: **5/07/2013**
☐ PRE ☐ POST-CONFIRMATION          Filed by: ☑ Debtor ☐ Trustee ☐ Other

| **I. PAYMENT PLAN SCHEDULE** | **II. DISBURSEMENT SCHEDULE** |
|---|---|

**I. PAYMENT PLAN SCHEDULE**

$_____**325.00**___ x___**60**__ = $_____**19,500.00**
$_____ x_____ = $ _____
$_____ x_____ = $ _____
$_____ x_____ = $ _____
$_____ x_____ = $ _____

TOTAL: $ _____**19,500.00**

Additional Payments:
$_____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

_____
_____

☐ Other:

_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x_____ = $ _____

PROPOSED BASE: $ _____**19,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ _____**2,900.00**

Signed: **/s/ WANDA I ASTACIO FIGUEROA**
Debtor

_____
Joint Debtor

**II. DISBURSEMENT SCHEDULE**

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
>ATTYS FEES TO BE PAID FIRST.
DEBTORS DOES NOT HAVE AN OBLIGATION TO FILE TAX RETURNS, NEVER THE LESS, ANY POST PETITION INCOME TAX REFUNDS THAT THE DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASED, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUNDS.
>DEBTOR'S CONSENT TO LIFT OF STAY IN FAVOR ORIENTAL BANK FOR THE AUTO LOAN OF THE NISSAN ROGUE 2008. DEBTOR'S SON PAID AND USE SAID VEHICLE.
>DEBTOR'S CONSENT TO LIFT OF STAY IN FAVOR TO DORAL BANK (CLAIM#6) LOAN MORTGAGE PAYMENT FOR CESAR A. BETANCOURT SUAREZ (EX-HUSBAND) AS DIVORCE DOCUMENTS.

Attorney for Debtor **EMG Despacho Legal, CRL**                          Phone: **(787) 753-0055**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing     US Bankruptcy Court District of P.R.     ADMINISTRACION DE LOS SISTEMAS DE RETIRO
0104-3                               Jose V Toledo Fed Bldg & US Courthouse   EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
Case 13-02022-BKT13                  300 Recinto Sur Street, Room 109         PO BOX
District of Puerto Rico              San Juan, PR 00901-1964                  SAN JUAN, PR 00940-2203
Old San Juan
Sun Apr 21 09:43:14 AST 2013
```

```
ABELA                                AMERICAN EXPRESS                          AT&T MOBILITY
P.O. BOX 364508                      PO BOX 297879                             208 S. AKARD ST 10TH FLOOR M
SAN JUAN, PR  00936-4508             FT LAUDERDALE, FL  33329-7879             DALLAS, TX 75202-4295
```

```
AT&T MOBILITY                        Amex                                      BANCO BILBAO VIZCAYA
Po Box 192830                        P.o. Box 981537                           PO BOX 364745
San Juan, PR 00919-2830              El Paso, TX 79998-1537                    SAN JUAN, PR 00936-4745
```

```
BANCO POPULAR DE PR                  BANCO POPULAR DE PR                       BANCO POPULAR DE PUERTO RICO
P.O. BOX 362708                      P.O. BOX 71375                            BANKRUPTCY DEPARTMENT
SAN JUAN, PR  00936-2708             SAN JUAN, PR  00936-8475                  PO BOX 366818
                                                                               SAN JUAN PR 00936-6818
```

```
BANK OF AMERICA                      BANK OF AMERICA                           CAPITAL ONE SERVICES, LLC
PO BOX 982235                        PO BOX 982236                             PO BOX 4144
EL PASO, TX  79998-2235              EL PASO, TX  79998-2236                   CAROL STREAM, IL  60197-4144
```

```
CITI CARDS                           CRIM                                      DORAL BANK
PO BOX 6077                          PO BOX 195387                             PO BOX 70308
SIOUX FALLS, SD  57117-6077          SAN JUAN, PR 00919-5387                   SAN JUAN, PR  00936-8308
```

```
GE CAPITAL RETAIL BANK               Gecrb/JC PENNY                            HSBC
PO BOX 965004                        Po Box 965007                             PO BOX 5226
ORLANDO, FL  32896-5004              Orlando, FL 32896-5007                    CAROL STREAM, IL  60197-5226
```

```
ISLAND FINANCE                       JC PENNEY                                 JEANETTE ORTIZ MONTALVO, ESQ.
PO BOX 195369                        P.O. BOX 960090                           PO BOX 9023191
SAN JUAN, PR 00919-5369              ORLANDO, FL  32896-0090                   SAN JUAN, PR  00902-3191
```

```
MARDER & GONZALEZ, LLC               RECEIVABLES PERFORMANCE MANAGEMENT        RECEIVABLES PERFORMANCE MANAGEMENT
LILLI W. MARDER, ESQ.                20816 44TH AVE W                          PO BOX 2630
416 AVE. PONCE DE LEON SUITE 1506    LYNNWOOD, WA 98036-7744                   SOUTHGATE, MI  48195-4630
SAN JUAN, PR 00918-3420
```

```
SAM'S CLUB                           SANTANDER FINACIAL D/B/A ISLAND FINANCE   SEARS
C/O GE MONEY BANK - BANKRUPTCY DEPT. PO BOX 195369                            CARD SERVICE CENTER
PO BOX 103104                        SAN JUAN PR 00919-5369                    PO BOX 6283
ROSWELL, GA 30076-9104                                                         SIOUX FALLS, SD  57117-6283
```

SUMMIT COLLECTION SERVICES, INC.
PO BOX 306
HOHOKUS, NJ  07423-0306

EQUIFAX
P.O. BOX 965013
Orlando, FL  32896-5013

TESORERO SECRETARY
DEPARTAMENTO DE HACIENDA
P.O. BOX 9024140
SAN JUAN, PR  00902-4140

TRIPLE S INC
PO BOX 363628
SAN JUAN, PR 00936-3628

EDGARDO MANGUAL GONZALEZ
EMG DESPACHO LEGAL, CRL.
EDIFICIO LA ELECTRONICA
SUITE 201-A, CALLE BORI 1608
 SAN JUAN, PR 00927-6112

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

WANDA I ASTACIO FIGUEROA
414 CALLE ALMENDRO
URB LOS COLOBOS PARK
CAROLINA, PR 00987-8304

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Amex
P.o. Box 981537
El Paso, TX  79998-1537

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38